```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  CHARLES J. LEE, Bar #221057
    JANET BATEMAN, Pennsylvania Bar #208063
 3  Assistant Federal Defenders
    Designated Counsel for Service
 4  2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
 5  Telephone: (559) 487-5561

 6  Attorneys for Defendant
    JOAQUIN OTIS SANTOS
 7
```

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. 1:11-cr-0425 -BAM |
| 12 | *Plaintiff,* ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| 13 | v. ) ) | DATE:   March 11, 2013 |
| 14 | JOAQUIN OTIS SANTOS, ) ) | TIME:    1:00 P.M. JUDGE:  Hon. Barbara A. McAuliffe |
| 15 | *Defendant.* ) ) | |
| 16 | _____ ) | |

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for January 28, 2013, **may be**

19  **continued to March 11, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

20       This continuance is at the request of defense counsel as defense needs additional time in

21  preparation of this case.  The government has informed defense they intend to provide an offer on both of

22  Mr. Santos' cases next week.  The defense will then need additional time to review the offer with Mr.

23  Santos.  Mr. Santos is currently staying at the residential Tulare River Alcoholism Program and is doing

24  well there.  Defense counsel plan to go visit Mr. Santos in the near future to review the case and the

25  government's offer with him.

26       The requested continuance is with the intention of conserving time and resources for both

27  parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

28  the interests of justice, including but not limited to, the need for the period of time set forth herein for

effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 18, 2013           By:   /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 18, 2012           By:   /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOAQUIN OTIS SANTOS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 18, 2013                /s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE